ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TOU HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | 2:15-CR-00115 TLN |
|                                 ) | |
|                      Plaintiff,) | STIPULATION AND ORDER |
|                                 ) | TO CONTINUE STATUS CONFERENCE |
| v.                              ) | |
|                                 ) | |
|                                 ) | |
| TOU HER,                        ) | |
|                                 ) | |
|                      Defendant.) | |
| _____) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew M. Yelovich, defendant, Steven Khamkeuanekeo, by and through his counsel, Ronald Peters, defendant, Kay Lee, by and through her counsel, Greg Foster, defendant, Chee Yang, by and through his counsel, Matthew Scoble, defendant, Tou Her, by and through his counsel, Erin J. Radekin, defendant, Frank Her, by and through his counsel, Danny Brace, defendant, Lee Yang, by and through his counsel, David Fischer, and defendant, Amy Her, by and through her counsel, Dustin Johnson, agree and stipulate to vacate the date set for status conference, September 3, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status

Stipulation and Order - 1

1  conference to January 7, 2016 at 9:30 a.m. in the courtroom of the Honorable
2  Troy L. Nunley.
3      The reason for this request is that additional time is needed by the
4  defense to complete review of discovery, which is presently numbered through
5  item/page number 6498, for investigation, and for other defense preparation.
6  The Court is advised that Mr. Yelovich and all defense counsel referenced
7  above concur with this request and have authorized Ms. Radekin to sign this
8  stipulation on their behalf.
9      The parties further agree and stipulate that the time period from the
10 filing of this stipulation until January 7, 2016 should be excluded in
11 computing time for commencement of trial under the Speedy Trial Act, based
12 upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local
13 Code T4, to allow reasonable time necessary for effective defense
14 preparation.  It is further agreed and stipulated that the ends of justice
15 served in granting the request outweigh the best interests of the public and
16 the defendant in a speedy trial.
17     Accordingly, the parties respectfully request the Court adopt this
18 proposed stipulation.
19 IT IS SO STIPULATED
20 Dated: August 26, 2015                    BENJAMIN WAGNER
                                             United States Attorney
21
                                        By:    /s/ Matthew M. Yelovich
22                                           MATTHEW M. YELOVICH
                                             Assistant United States Attorney
23
24 Dated: August 26, 2015                     /s/ Ronald Peters
                                             RONALD PETERS
25                                           Attorney for Defendant
                                             STEVEN KHAMKEUANEKEO
26
27 Dated: August 26, 2015                     /s/ Greg Foster
                                             GREG FOSTER
28                                           Attorney for Defendant

Stipulation and Order - 2

```
                                        KAY LEE

Dated: August 26, 2015                   /s/ Matthew Scoble
                                        MATTHEW SCOBLE
                                        Attorney for Defendant
                                        CHEE YANG

Dated: August 26, 2015                   /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        TOU HER

Dated: August 26, 2015                   /s/ Danny Brace
                                        DANNY BRACE
                                        Attorney for Defendant
                                        FRANK HER

Dated: August 26, 2015                   /s/ David Fischer
                                        DAVID FISCHER
                                        Attorney for Defendant
                                        LEE YANG

Dated: August 26, 2015                   /s/ Dustin Johnson
                                        DUSTIN JOHNSON
                                        Attorney for Defendant
                                        AMY HER
```

                                    ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 3, 2015 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on January 7, 2016 at 9:30 a.m.  The Court finds excludable time in this matter through January 7, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: August 27, 2015

Troy L. Nunley
United States District Judge