ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TOU HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-00115 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND |
| v. | ) | SENTENCING |
| | ) | |
| | ) | |
| TOU HER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew M. Yelovich, and defendant, Tou Her, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgement and sentencing, May 12, 2016 at 9:30 a.m., in the above-captioned matter, and to continue judgment and sentencing to July 28, 2016 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

Motion for correction of PSR        July 14, 2016

Reply, or non-opposition            July 21, 2016

Stipulation and Order - 1

1  The reason for this request is to allow the defense time to do
2  investigation into mitigating circumstances relevant to sentencing.  The
3  Court is advised that Mr. Yelovich and United States Probation Officer Lynda
4  Moore concur with this request and Mr. Yelovich has authorized Ms. Radekin to
5  sign this stipulation on his behalf.
6  Accordingly, the parties respectfully request the Court adopt this
7  proposed stipulation.
8  IT IS SO STIPULATED
9  Dated: April 27, 2016                    BENJAMIN WAGNER
                                            United States Attorney
10
                                       By:   /s/ Matthew M. Yelovich
11                                          MATTHEW M. YELOVICH
                                            Assistant United States Attorney
12
13 Dated: April 27, 2016                     /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
14                                          Attorney for Defendant
                                            TOU HER
15
16                                   ORDER
17  For the reasons set forth in the accompanying stipulation and
18 declaration of counsel, the judgment and sentencing date of May 12, 2016 at
19 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and
20 sentencing on July 28, 2016.
21  IT IS FURTHER ORDERED that the schedule of disclosure be modified as
22 follows:
23      Motion for correction of PSR        July 14, 2016
24      Reply, or non-opposition            July 21, 2016
25 IT IS SO ORDERED.
26 Dated: April 28, 2016

                                            Troy L. Nunley
                                            United States District Judge