PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>             v.<br><br>TOU HER,<br><br>                              Defendant. | CASE NO. 2:15-CR-115 TLN<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING;  ORDER<br><br>DATE: July 28, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for judgment and sentencing on July 28, 2016.

2. By this stipulation, the parties now move to continue judgment and sentencing until August 25, 2016.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE

1

Dated: July 20, 2016                    PHILLIP A. TALBERT
                                        Acting United States Attorney


                                        /s/ MATTHEW M. YELOVICH
                                        MATTHEW M. YELOVICH
                                        Assistant United States Attorney


Dated: July 20, 2016                    /s/ ERIN RADEKIN
                                        ERIN RADEKIN, ESQ.
                                        Counsel for Defendant
                                        TOU HER


# ORDER

IT IS SO ORDERED this 20th day of July, 2016


                                        _____
                                        THE HONORABLE TROY L. NUNLEY
                                        UNITED STATES DISTRICT JUDGE