```
ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TOU HER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-00115 TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | |
| | ) | |
| | ) | |
| TOU HER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew M. Yelovich, and defendant, Tou Her, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgement and sentencing, August 25, 2016 at 9:30 a.m., in the above-captioned matter, and to continue sentencing to September 22, 2016 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is to allow the defense time to complete investigation relevant to sentencing, as the defendant's circumstances have recently changed. The defense does not intend to file a motion to correct the pre-sentence report but will file a sentencing memorandum. The Court is advised that Mr. Yelovich and United States Probation Officer Lynda Moore

concur with this request and Mr. Yelovich has authorized Ms. Radekin to sign this stipulation on his behalf.

    Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: August 12, 2016
                                  BENJAMIN WAGNER
                                  United States Attorney

                            By:   /s/ Matthew M. Yelovich
                                  MATTHEW M. YELOVICH
                                  Assistant United States Attorney

Dated: August 12, 2016
                                  /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  TOU HER

## ORDER

    For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgment and sentencing date of August 25, 2016 at 9:30 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on September 22, 2016 at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 12, 2016

                                  Troy L. Nunley
                                  United States District Judge