ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
TOU HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:15-CR-00115 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | ) | |
| TOU HER, | ) | |
| Defendant. | ) | |

**STIPULATION**

    Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Matthew M. Yelovich, and defendant, Tou Her, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for judgement and sentencing, September 29, 2016 at 9:30 a.m., in the above-captioned matter, and to continue sentencing to October 13, 2016 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

    The reason for this request is to allow additional time for probation to review the records provided by the defense. The court requested medical records verifying Pakoula Yang's diagnosis and treatment for breast and lung cancer. Ms. Radekin provided all medical records for Ms. Yang in her possession to probation and the government last week; however, among the

1  records there is no letter from Ms. Yang's physician confirming her present
2  diagnosis and prognosis.
3       On Friday, September 23, 2016, Ms. Yang requested a letter from Dr.
4  Lynch, her current doctor, regarding her treatment at the Cancer Treatment
5  Center of America in Arizona and, on the date below, the defense received the
6  letter and provided it to probation and the government.  Insufficient time
7  remains, however, for probation to review the letter as well as all prior
8  records provided by the defense last week and to prepare a memorandum for
9  sentencing.  The Court is advised that Mr. Yelovich and United States
10 Probation Officer Lynda Moore concur with this request and Mr. Yelovich has
11 authorized Ms. Radekin to sign this stipulation on his behalf.
12      Accordingly, the parties respectfully request the Court adopt this
13 proposed stipulation.
14 IT IS SO STIPULATED
15 Dated: September 27, 2016                PHILLIP A. TALBERT
                                            Acting United States Attorney
16
17                                     By:    /s/ Matthew M. Yelovich
                                            MATTHEW M. YELOVICH
18                                          Assistant United States Attorney
19
   Dated: September 27, 2016                 /s/ Erin J. Radekin
20                                          ERIN J. RADEKIN
                                            Attorney for Defendant
21                                          TOU HER
22
                                   ORDER
23
        For the reasons set forth in the accompanying stipulation and
24
   declaration of counsel, the judgment and sentencing date of September 29,
25
   2016 at 9:30 a.m. is VACATED and the above-captioned matter is set for
26
   judgment and sentencing on October 13, 2016 at 9:30 a.m.
27
   IT IS SO ORDERED.
28

                              Stipulation and Order - 2

Dated: September 27, 2016

_____
Troy L. Nunley
United States District Judge