Dustin D. Johnson (SBN: 234008)
Two Rivers Law
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Counsel for AMY HER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00115-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| v. | |
| AMY HER, | **Judge: Hon. Troy L. Nunley** <br> **Time: 9:30 a.m.** |
| Defendant. | **Date: March 22, 2018** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich, Assistant United States Attorney, and Dustin D. Johnson, Counsel for AMY HER, that:

1. By previous order, this matter was set for sentencing on November 30, 2017.

2. By this stipulation, the parties now move to continue sentencing until March 22, 2018.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to March 22, 2018, at 9:30 a.m., and has provided the following briefing schedule based on the new Judgment and Sentencing Date of March 22, 2018.

- Reply, or Statement of Non-Opposition: March 15, 2018.
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: March 8, 2018.
- The Presentence Report was filed with the Court on November 8, 2017.

Dated: November 15, 2017                Respectfully submitted,


                                        /s/ Dustin D. Johnson
                                        Dustin D. Johnson
                                        Counsel for Amy Her

Dated:  November 15, 2017               PHILLIP TALBERT
                                        United States Attorney


                                        /s/ Matthew M. Yelovich (approved via email)
                                        MATTHEW M. YELOVICH
                                        Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED this 15th day of November, 2017.


                                        _____
                                        Troy L. Nunley
                                        United States District Judge